**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lime Line Operations LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4428248** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **575 Corporate Drive, Suite 525 Mahwah, NJ 07430** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Lime Line Operations LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | ____ | When | ____ | Case number | ____ |
|---|---|---|---|---|---|
| District | ____ | When | ____ | Case number | ____ |

Debtor    **Lime Line Operations LLC**                    Case number (*if known*) _____
         Name

**10.  Are any bankruptcy cases**          ☐ No
      **pending or being filed by a**      ☑ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,          Debtor  **See Attachment**                Relationship _____
attach a separate list                    District _____  When _____  Case number, if known _____

**11.  Why is the case filed in**    *Check all that apply:*
      ***this district?***
                                    ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                       preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ☑ No
      **have possession of any**     ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**       **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                       What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.  Insurance agency _____
                                             Contact name  _____
                                             Phone         _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of**  .    *Check one:*
      **available funds**
                                    ☑ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ☐ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000
      **creditors**              ☑ 50-99                 ☐ 5001-10,000           ☐ 50,001-100,000
                                 ☐ 100-199               ☐ 10,001-25,000         ☐ More than100,000
                                 ☐ 200-999

**15.  Estimated Assets**        ☑ $0 - $50,000          ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000          ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor    **Lime Line Operations LLC**
Name                                                                    Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Lime Line Operations LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2024**
MM / DD / YYYY

**X** **/s/ Louis V. Greco III**                    **Louis V. Greco III**
Signature of authorized representative of debtor        Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Tracy L. Klestadt**                    Date  **June 20, 2024**
Signature of attorney for debtor                MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 972-3000**        Email address  **tklestadt@klestadt.com**

**043111986 NJ**
Bar number and State

Debtor   **Lime Line Operations LLC**
_____     Case number (*if known*) _____
Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY
_____

Case number (*if known*) _____     Chapter   **11**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **NJ Mobile Health Care LLC** | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When  **6/20/24** | Case number, if known | 24-16239 |
| Debtor | **SSME Services LLC** | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When  **6/20/24** | Case number, if known | |

---

**WRITTEN CONSENT**
**OF**
**THE REQUISITE MEMBER**
**OF**
**LIME LINE OPERATIONS LLC**

THE UNDERSIGNED, constituting the Requisite Member (defined below) of LIME LINE OPERATIONS LLC, a New Jersey limited liability company (the "Company"), does hereby consent to the following resolutions in lieu of a meeting with the same force and effect as if adopted at a duly held meeting of the members of the Company and with the direction that this Written Consent (this "Consent") be filed in the minute book of the Company:

WHEREAS, the undersigned Member holds a ninety-nine (99%) percent membership interest in the Company and is duly empowered to adopt and authorize this Consent and the resolutions contained herein (the "Requisite Member");

WHEREAS, the Requisite Member has reviewed and analyzed the materials regarding the financial condition, capital structure, liquidity position, short-term and long-term prospects of the Company and its subsidiaries and affiliates, and the restructuring and other strategic alternatives available to the Company and its subsidiaries and affiliates, and the impact of the foregoing on the Company's and its subsidiaries' and affiliates' business; and

WHEREAS, the Requisite Member has determined that it is desirable and in the best interests of the Company and its creditors, members, and other interested parties that a petition be filed by the Company seeking to reorganize under the provisions of Title 11 of the United States Code (the "Bankruptcy Code");

NOW THEREFORE, BE IT RESOLVED, that the Company is hereby empowered, authorized, and directed to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") in a court of proper jurisdiction (the "Bankruptcy Court");

RESOLVED FURTHER, that Louis V. Greco III, as Manager of the Company, and the officers of the Company (each an "Authorized Person" and collectively, the "Authorized Persons") are, and each of them acting individually is, hereby appointed as the Company's authorized representative(s), and in such capacity, the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to execute and file on behalf of the Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses;

RESOLVED FURTHER, that the law firm of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJSS") is hereby empowered, authorized, and directed to represent the Company as its general bankruptcy counsel, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including the preparation of pleadings and filings; and in connection

therewith, the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of KWJSS;

RESOLVED FURTHER, that the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and in connection therewith, the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any such individual and/or firm;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the Authorized Persons (or their delegates) or any of the Company's retained professionals to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case in connection with such proceedings, or any matter related thereof, are hereby adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

RESOLVED FURTHER, that the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, to incur all such fees and expenses and to take such other action, as in the judgment of such Authorized Person shall be or become necessary, proper and desirable to prosecute to a successful completion the Chapter 11 Case, to effectuate the restructuring of debt, other obligations, organizational form and structure and ownership of the Company and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions;

RESOLVED FURTHER, that the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to take such actions as any of the Authorized Persons deem necessary, appropriate, advisable or desirable to pursue and maximize the benefits of the Company's Chapter 11 Case, including without limitation, pursuing and consummating any sale or sales of the Company's assets any of the Authorized Persons deem necessary or appropriate, developing, negotiating, confirming and performing under a bankruptcy plan of reorganization, and negotiating, executing and delivering on behalf of the Company any and all agreements, instruments and related documents that, in the judgment and discretion of any of the Authorized Persons are necessary, appropriate, advisable or desirable for pursuing and consummating such sale or sales of the Company's assets or for such development, negotiation and confirmation of, and performance under, such a bankruptcy plan of reorganization, including without limitation executing asset purchase agreements, plans and related documents;

2

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the Authorized Persons (and their delegates) are hereby empowered, authorized, and directed, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, to amend, supplement or otherwise modify from time to time, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's or Authorized Persons' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that any and all acts authorized pursuant to, and performed prior to the execution of, this Consent in furtherance of these resolutions are hereby ratified and approved; and

RESOLVED FURTHER, that this Consent may be executed in one or more counterparts, each of which shall constitute an original document, but all of which taken together shall constitute but one instrument, and each counterpart shall be effective with respect to each person signing it, even if another person whose signature is contemplated hereunder does not sign the same counterpart.

[Remainder of page intentionally left blank. Signature page follows.]

      IN WITNESS WHEREOF, the undersigned, constituting the Requisite Member of the Company, has executed and delivered to the Company this Consent to be effective as of the 20th day of June 2024.


REQUISITE MEMBER


*/s/ Louis V. Greco III*
By: Louis V. Greco III

# United States Bankruptcy Court
### District of New Jersey

In re    **Lime Line Operations LLC** _____     Case No. _____

                                          Debtor(s)          Chapter    **11** _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Lime Line Operations LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**June 20, 2024** _____          **/s/ Tracy L. Klestadt** _____
Date                                        **Tracy L. Klestadt**
                                            Signature of Attorney or Litigant
                                            Counsel for    **Lime Line Operations LLC** _____
                                            **Klestadt Winters Jureller Southard & Stevens, LLP**
                                            **200 West 41st Street**
                                            **17th Floor**
                                            **New York, NY 10036**
                                            **(212) 972-3000 Fax:(212) 972-2245**
                                            **tklestadt@klestadt.com**

## United States Bankruptcy Court
### District of New Jersey

In re    **Lime Line Operations LLC**

                                                                    Case No.
                                                    Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June 20, 2024**                    **/s/ Louis V. Greco III**

                                              **Louis V. Greco III/Manager**
                                              Signer/Title

WB Mason
PO Box 981101
Boston, MA 02298-1101

NJ EZ Pass
PO Box 4971
Trenton, NJ 08650

Verizon EW location
4 Pinewood Ct
West Windsor Township, NJ 08550

2037 Greenwood LLC
2037 Greenwood Avenue
Hamilton Township, NJ 08609

The Hartford
PO Box 660916
Dallas, TX 75266

Alexandria Willshire (Reimbursments)
77 Ludlam Rd
Monroe, NY 10950

Kaufman Dolowich Voluck, LLP
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797

Network Digital
311 Route 46 West
Unit B
Fairfield, NJ 07430

Rich Van Der Wall (reimbursments)
31 Stiles Ct
Pompton Lakes, NJ 07442

Office Team
PO Box 743295
Los Angeles, CA 90074-3295

Wex Bank
PO Box 6293

Carol Steam, IL 60197-6293

United Healthcare
PO Box 94017
Palatine, IL 50094

Louis Greco III
PO Box 707
Suffern, NY 10901

PHILIP M. HERR, ESQ., CPA, PFS
1 Bergen Street
Apt 517
Harrison, NJ 07029

Chrysler Capital a/c x0076
PO Box 660647
TX 75266

Citrix
120 South West Street
Raleigh, NC 27603

Emsar
9208 Waterford Centre Boulevard
Suite 150
Austin, TX 78758

Violations Processing Center - NY EZ Pass
PO Box 15186
Albany, NY 12212

Borough of Ridgefield
700 Shaler Boulevard
Ridgefield, NJ 07657

Mahwah Automotive Center
111 Spring St.
Ramsey, NJ 07446

NYC Dept. of Finance
PO Box 3641
New York, NY 10008

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Treasurer State of New Jersey
PO Box 663
DCA  BFCE  Dores
Trenton, NJ 08646-06636

Page, Wolfberg & Wirth, LLC
5010 East Trindle Road, Suite 202
Mechanicsburg, PA 17050

Big Tows Inc.
36 Red Schoolhouse Road
Chesnut Ridge, NY 10977

Uline
PO Box 88741
Chicago, IL 60680-1741

Progressive
PO Box 94739
Cleveland, OH 44101

JC Fuel Inc
292 Forest Avenue
Paramus, NJ 07652

Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

Professional Account Management, LLC -PA Turnpike
PO Box 1153
Milwaukee, WI 53201-1153

Alliance One
PO Box 3100
Southeastern, PA 19398-3100

PSE&G
PO BOX 14444
New Brunswick, NJ 08906-4444

Worthington Communications
65 Montague Street
Brooklyn, NY 11201

C & M Truck & Tire Repair Corp
152 Industrial Loop
Staten Island, NY 10309

Danielle Greco
PO Box 707
Suffern, NY 10901

E-ZPass NY
PO Box 24345
Brooklyn, NY 12212

Willshire Embroidery
635 Valley View Farm Road
Pence Springs, WV 24962

Bederson LLP
100 Passaic Avenue Suite 310
Fairfield, NJ 07004

InSight Mobile Data
23330 Cottonwood Parkway
Suite 333
California, MD 20619

Monbes Landscaping
102 Caroline Avenue
Hamilton Township, NJ 08610

McKesson Medical Surgical
PO Box 634404
Cincinnati, OH 45263

Go Sign Me Up
22431 Antonio Parkway
Rancho Santa Margarita, CA 92688

Pitney Bowes
PO Box 371896

Pittsburgh, PA 15250

Teleflex Funding LLC
3015 Carrington Mill Blvd Ste 300
Morrisville, NC 27560

County of Bergen Law and Public Safety Institute
281 Campgaw Road
Mahwah, NJ 07430

Louis Greco
PO Box 707
Suffern, NY 10901

Fleetcor
ATTN: Corpay, Inc.
3280 Peachtree Road, Suite 2400
Atlanta, GA 30305

Taddeo Shahan & Reisner, LLP
120 East Washington Street
Suite 400
Syracuse, NY 13202

Mahwah Fire Prevention Bureau
475 Corporate Drive
PO Box 733
Mahwah, NJ 07430

Wagner, Ferber, Fine & Ackerman PLLC
66 South Tyson Ave
Floral Park, NY 10075

Treasurer State of New Jersey
Lockbox 656
Woolverton Ave, Building 20
Trenton, NJ 08646

Coaching Systems LLC
21975 E Tallkid Ave
Parker, CO 80138

Arman Fardanesh
112 Cinnamom Station Way

Newark, DE 19702

Guardian EMS
1 Hill Street
Paterson, NJ 07502

LifeSavers Inc.
39 Plymouth St.
Fairfield, NJ 07004

United Lease
3700 Morgan Avenue
Evansville, IN 47715

Interstate 370 LLC.
ATTN: Gary Haig
330 Franklin Turnpike, Suite 210
Mahwah, NJ 07430

I.D.M. Medical Gas Co.
620 Braen Ave
Wyckoff, NJ 07481

Corporation Service Company
PO Box 13397
Philadelphia, PA 19101-3397

William R. Seide Agency, LLC
4664 South Boulevard
Suite 200B
Virginia Beach, VA 23452

Emergency Training and Consulting (East coast Medical Consultants a/o 3/7/2023)
555 Dresher Road
Unit 309
Horsham, PA 19044

NorStar Systems Inc
PO Box 12
Pompton Lakes, NJ 07442-0012

Tomat Fleet Service
2765 Stillwell Avenue
Brooklyn, NY 11224

CSC Corp Service Company
Po Box 7410023
Chicago, IL 60674-5023

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0002

State of New Jersey Dept of Labor and Workforce Dev Div
PO Box 059
Trenton, NJ 08646-0059

Interstate Waste Services
PO Box 554744
Detroit, MI 48255-4744

Archer Law Office, LLC
2235 Whitehorse Mercerville Road
Hamilton, NJ 08619

Bergen Brookside Automotive
8595 Zabriskie Street
Hackensack, NJ 07601

V.E. Ralph and Son Inc
PO Box 633
Kearny, NJ 07032-0633

Quill
PO Box 37600
Philadelphia, PA 19101-0600

Stryker Medical
1901 Romence Road Parkway
Portage, MI 49024

Travelers
Dept. 96596
PO Box 660333
Dallas, TX 75266

De Lage Landen Financial Services, Inc.
PO Box 825736

Philadelphia, PA 19182-5736

Hope Valley  Training and Consulting
71 Hope Road
Blairstown, NJ 07825

Ventec Life Systems
22002 26th Ave SE
Bothell, WA 98021

HAVIT Systems Corporation
70 Kent Shore Drive
Carmel, NY 10512

AT&T Mobility
PO BOX 6463
Carol Stream, IL 60197-6463

Confidential Shredding
P.O. Box 8643
Woodcliff Lake, NJ 07677

Expressway Collision, Inc.
211 Veterans Rd W Ste 1
Staten Island, NY 10309

8x8 Inc.
675 Creekside Way
Campbell, CA 95008

Integrated Rental Services Inc. (Avante)
2601 Stanley Gault Parkway
Suite #101
Louisville, KY 40223

Metro Ambulance
7 Daniel Drive
Cedar Grove, NJ 07009

Whip-Around Inc.
5955 Carnegie Boulevard
STE 300
Charlotte, NC 28209

Fuelman
PO Box 1239
Covington, LA 70434

Transworld Systems Inc.
P.O. Box 15618
Wilmington, DE 19850-5618

Traumasoft
1111 W Centre Ave
Portage, MI 49024

Falasca Bros Friendly Svc Inc
318 Broadway
Hillsdale, NJ 07642

TLC Mobile Health, LLC
214 State Street
Suite 209
Hackensack, NJ 07601

All American Ford
520 River Street
Hackensack, NJ 07601

Specialty Fleet Services, LLC
60 Engineers Lane
East Farmingdale, NY 11735

Schickler Kaye llp
One Rockefeller Plaza
11th Floor
New York, NY 10020

Lytx, Inc.
9785 Towne Centre Drive
San Diego, CA 92121

Life Tech Inc, DBA Life Ride
70 West South Orange Avenue
Livingston, NJ 07039

ADP
PO Box 842875

Boston, MA 02284

Versatile Human Resource Management
1111 West Centre Avenue
Portage, MI 49024

Jiffy lube #3656
Urban Auto Spa II, LLC
788 Route 17 South
Ramsey, NJ 07446

Drive ERT
152 Tunnel Facility Drive
Portsmouth, VA 23707

Chrysler Capital a/c x0205
PO Box 660647
Dallas, TX 75266

Nissan Motor Acceptance Corp Rogue x511
PO Box 740596
Cincinnati, OH 45274

Nissan Motor Acceptance Corp Sentra x239
PO Box 740596
Cincinnati, OH 45274

Nissan Motor Acceptance Corp Sentra x062
PO Box 740596
Cincinnati, OH 45274

Trenk Isabel Siddiqi & Shahdanian P.C.
290 West Mount Pleasant Avenue
Sutie 2350
Livingston, NJ 07039

American Arbitration Association
ATTN: Corporate Finance
120 Broardway, Floor 21
New York, NY 10271

East Coast Medical Consultants (was Emergency Training and Consulting)
3121-D Fire Road
Egg Harbor Township, NJ 08234

Ogletree Deakins Nash Smoak & Stewart PC
50 International Drive Suite 300
Greenville, SC 29615

Aaccess.net Solutions Inc
39 Maple Avenue
New City, NY 10956

BOOK LAW LLP
370 CHURCHILL RD
TEANECK, NJ 07666

River Road Rescue Squad, Inc.
101 Shirley Parkway
Piscataway, NJ 08854

Universal Fidelity
PO Box 5444
Katy, TX 77491

PKF O'Connor Davies Advisory, LLC
300 Tice Boulevard
Suite 315
Woodcliff Lake, NJ 07677

United States Trustee
One Newark Center, Suite 2100
1085 Raymond Blvd.
Newark, NJ 07102

NJ Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245

NJ Division of Employer Accounts
NJDOL
PO Box 379
Trenton, NJ 08625

NJ Division of Employer Accounts
NJDOL
PO Box 059

Trenton, NJ 08646

NJ Deparment of Labor and Workforce Development
Jovia Adu
1 John Fitch Plaza
Trenton, NJ 08611

NJ Office of the Attorney General
25 Market Street
8th Floor, West Wing
Trenton, NJ 08625-0080

US Attorney for the District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101

State of NJ, Division of Taxation
ATTN: Inv Ana Guerrero
22-08 Rt 208
Fair Lawn, NJ 07410

State of NJ, Division of Taxation
ATTN: Inv Mark Santos
22-08 Rt 208
Fair Lawn, NJ 07410

State of CT, Dept of Revenue Services
450 Columbus Blvd, Suite 1
Hartford, CT 06103-1837

California Employment Development Dept
PO Box 826215, MIC 3A
Sacramento, CA 94230-6215

NJ Dept of Health, Office of EMS
ATTN: Chris Tams
PO Box 360
Trenton, NJ 088625

Zisapel Properties
900 Corporate Drive
Mahwah, NJ 07430

Real Estate Management Group, LLC
155 North Dean Street
Englewood, NJ 07631

Evan S. Glanz, Esq. E
Glanz Associates
33 Martinsville Road
Basking Ridge, NJ 07920

Jared Anderson
5 Bens Way
Chester, NY 10918

Ornely Aubourg
8 Oakwood Village, Apt 8
Mount Olive, NJ 07836

Calvin Baumeister
1214 Ramapo Valley Rd
Mahwah, NJ 07430

Carlos Belardo
2604 Greenway Blvd, Apt 2604
Roselle, NJ 07203

Lucas Bottini
17 Split Rock Rd
Upper Saddle River, NJ 07458

James Burrell
20 Lincoln St
New Rochelle, NY 10801

James Calbo
61 Hemlock Cir
Peekskill, NY 10566

Luisa Canadas
82B Suburbia Dr
Jersey City, NJ 07305

Lindsey Cho
500 Windsor Dr, Apt 405
Palisades Park, NJ 07650

Sean Dalton
255 Mahwah Rd
Mahwah, NJ 07430

Jarissa Escalona
15-13 Ellis Ave
Fair Lawn, NJ 07410

Michael Flores
43 Wright Ave
Jersey City, NJ 07306

Tim Foltin
577 County Rd 627
Bloomsbury, NJ 08804

Alexa Fox
11 Medford Pl
Nanuet, NY 10954

Kerrie Go
61 Dulles Dr
Dumont, NJ 07628

Noah Goldstein
34 Wight Pl
Tenafly, NJ 07670

Casey Herald
180 North Ave
Park Ridge, NJ 07656

Christina Hermansen
6 Meester St
Mahwah, NJ 07430

Diane Jansen
6 Tuve Ln, Apt 2
South Hackensack, NJ 07606

Robert Kompa
9 Leshyk Dr
Sayreville, NJ 08859

Rodolfo Laya
19 Wood Pl
Dumont, NJ 07628

Yannick Layne
170 Washington St, 3A
Bloomfield, NJ 07003

Faten Masri
435 Undercliff Ave
Edgewater, NJ 07020

Nicole McMurray
80 Mary St, Apt A
Lodi, NJ 07644

Dorian Milshtein
14 Birdseye Cir
Wayne, NJ 07470

Matthew Nicosia
12 Ser-Del Dr
Parsippany-Troy Hills, NJ 07054

Frances Pacheco
41-06 50th St, 6E
Woodside, NY 11377

Kirsten Reineke
542 Skyline Lakes Dr
Ringwood, NJ 07456

Valentina Rincon
1554 Center Ave, Apt 6
Fort Lee, NJ 07024

Cheyenne Rivera
261 Congers Rd
New City, NY 10956

Krystle Rodriguez
82B Suburbia Dr
Jersey City, NJ 07305

Niall Rouse
370 Fort Washington Ave, Apt 103
New York, NY 10033

Carlos Ruano
47 Brandeis Ave
Mohegan Lake, NY 10547

Robert Simak
144 Lexington Ave
Westwood, NJ 07675

Kuldip Singh
59 Olde Wagon Rd
Warwick, NY 10990

Carey Smith
33 Ashland Ave, Apt 118
West Orange, NJ 07052

Michael Solazzo
11 Deer Trail Rd
Hillsdale, NJ 07642

Stephen Solazzo
11 Deer Trail Rd
Hillsdale, NJ 07642

Lauren Sumanski
10 Chestnut Drive
East Windsor, NJ 08520

Shareyah Syed
17-02 Saddle River Rd
Fair Lawn, NJ 07410

Hossam Tawfik
607 Bergen Blvd
Ridgefield, NJ 07657

George Tierra
22106 Town Green Dr
Elmsford, NY 10523

Emma Tretola
102 Linda Ln
Cinnaminson, NJ 08077

James Troisi
4 River Road, Apt E
Nutly, NJ 07110

Athelia Vigilante
10 Baldwin Pl
New City, NY 10956

Teshawn Warren
53 Brookway Ave
Englewood, NJ 07631

Dyshawn Williams
114 Tremont Ave
Newark, NJ 07106

Rebecca Wistuk
18 Crane Ave
Bloomingdale, NJ 07403

Bergen County Sheriff's Office
2 Bergen County Plaza
Hackensack, NJ 07601

Everest Business Funding
120 W 38th Street, 6th Floor
New York, NY 10018

Forever Funding
8 Campus Drive
Parsippany, NJ 07054

Gainey McKenna & Egleston
ATTN: Barry J. Gainey
375 Abbott Road

Paramus, NJ 07652

Vivian Capital Group LLC
3611 14th Ave
Brooklyn, NY 11218

The Avanza Group, LLC
3974 Amboy Road, Suite 306
Staten Island, NY 10308

Berkovitch & Bouskila, PLLC
ATTN: Ariel Bouskila
1545 U.S. 202, Suite 101
Pomona, NY 10970

Cloudfund LLC
400 Rella Blvd, Suite 165-101
Suffern, NY 10901

STRATA Trust Company, Custodian
FBO Peter Fioretti Roth IRA 300002568
6836 Morrison Blvd, Suite 410
Charlotte, NC 28211

White and Williams LLP
ATTN: Agatha C. Mingos
7 Times Square, Suite 2900
New York, NY 10036

Law Offices of Thomas A. Buonocore, P.C.
ATTN: Mark E. Thompson & Thomas A. Buonocore
1719 Route 10, Suite 301
Parsippany, NJ 07054

Weltman, Weinberg & Reis Co., L.P.A.
ATTN: Scott J. Best
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106-2614

Nehr Law LLC
ATTN: Fred A. Nehr
213 West Miner Street
West Chester, PA 19382

Iacullo Martino & Reinitz
ATTN: Steven J. Martino
247 Franklin Avenue
Nutley, NJ 07110

Law Offices of Joseph A. Molinaro, L.L.C.
ATTN: Joseph A. Molinaro
648 Wyckoff Avenue
Wyckoff, NJ 07481

Morgan, Bornstein & Morgan
ATTN: Andrew Selkow
1236 Brace Road, Suite K
Cherry Hill, NJ 08034

Law Offices of Joseph A. Molinaro, L.L.C.
ATTN: Joseph A. Molinaro
648 Wyckoff Avenue
Wyckoff, NJ 07481

Hartman Duff, LLC
ATTN: Christopher S. Tretola
3500 Quakerbridge Road, Suite 202
Hamilton, NJ 08619

Mercer County Sheriff's Office
Mercer County Administration Building
640 South Broad Street PO Box 8068
Trenton, NJ 08650-0068

Hudson County Sheriff's Office
257 Cornelison Ave
Jersey City, NJ 07302

Hyderally & Associates, P.C.
ATTN: Ty Hyderally
33 Plymouth Street, Suite 202
Montclair, NJ 07042

Heitner & Bernstein
ATTN: Cary Sternback
PO Box 270
Wickatunk, NJ 07765

Bergen New Bridge Medical Center
ATTN: Ralph Iadarola
230 East Ridgewood Ave
Paramus, NJ 07652

Christian HealthCare Center
ATTN: Mary Rambone
301 Sicomac Ave
Wyckoff, NJ 07481

Saint Michaels Medical Center
ATTN: Alan Sickles
111 Central Ave,
Newark NJ 07102

Mobile Onsite Health Solutions LLC
ATTN: Charles Rawley
575 Corporate Dr, Suite 525
Mahwah, NJ 07430

Melissa Crocker
102 Ironwood Ln
Hawley, PA 18428

Connor McCormick
506 Silvia St, 204
Ewing Township, NJ 08628

Richard Vanderwall
31 Stiles Ct.
Pompton Lakes, NJ 07442

Doug Williamson
346 Maplewood Dr
Paramus, NJ 07652

Alexandria Willshire
77 Ludlam Rd
Monroe, NY 10950

New York State Worker's Compensation Board
Centralized Mailing Address
PO Box 5205
Binghamton, NY 13902-5205

Horizon Blue Cross Blue Shield of NJ
GB Collects, LLC
1253 Haddonfield Berlin RD
Voorhees, NJ 08043-4847

AmGuard Insurance Company
PO Box 785410
Philadelphia, PA 19178-5410